UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

─────────────────────────────────

CLIFFORD McDOWELL, SR.,

                            Plaintiff,

                                                          **DECISION AND ORDER**
                  v.                                      13-CV-857-A

IROQUOIS JOB CORPS CENTER
EDUCATION AND TRAINING
RESOURCES,

                            Defendant.

─────────────────────────────────

        This action was referred to Magistrate Judge Jeremiah J. McCarthy pursuant

to 28 U.S.C. § 636(b) for the conduct of pretrial proceedings.  On March 29, 2016,

Magistrate Judge McCarthy filed a Report and Recommendation (Dkt. No. 43)

recommending that defendant's motion for summary judgment (Dkt. No. 27) be

granted.

        The Court has carefully reviewed the Report and Recommendation, the

record in this case, and the pleadings and materials submitted by the parties, and no

objections having been timely filed, it is hereby

        **ORDERED**, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set

forth in Magistrate Judge McCarthy's Report and Recommendation, defendant's

motion for summary judgment is granted.

The Clerk of Court shall enter Judgment for the Defendant and take all steps necessary to close the case.

**IT IS SO ORDERED.**

_Richard J. Arcara_

HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:  April 29, 2016